# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 2:23-cr-288-AMM-NAD** |
| ) | |
| **CHARLES ASKEW WILLIAMS** ) | |

# ORDER

This case is before the court on Defendant Charles Williams's Motion to Suppress Evidence and Request for Evidentiary Hearing. Doc. 22. The government filed its opposition to Mr. Williams's Motion to Suppress. Doc. 24. The magistrate judge held a telephone conference with the parties on November 3, 2023. *See* Doc. 25. The magistrate judge held an evidentiary hearing on November 14, 2023. *See* Doc. 26. On December 12, 2023, the magistrate judge entered a report recommending that the court deny the motion. Doc. 28. Mr. Williams has filed objections to that recommendation. Doc. 30.

In his objections, Mr. Williams does not argue that the magistrate judge's report contained any factual errors or relied on improper law. Instead, he disagrees with the magistrate judge's ultimate legal conclusion. Because Mr. Williams's objections do not support rejecting the magistrate judge's recommendation, the court **OVERRULES** his objections. Doc. 30.

Having carefully reviewed and considered de novo all the materials in the record, including the report and recommendation and the objections thereto, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Doc. 28. Thus, the court **DENIES** Mr. Williams's Motion to Suppress. Doc. 22.

Additionally, as noted in the report and recommendation, Doc. 28 at 25, the court **VACATES** the magistrate judge's September 14, 2023 order, Doc. 20, denying without prejudice Mr. Williams's initial motion to suppress, Doc. 16, construes that order as a report and recommendation, and **DENIES** the initial motion to suppress as moot (in light of this motion to suppress) and for the reasons stated in the magistrate judge's September 14, 2023 order, Doc. 20.

**DONE** and **ORDERED** this 24th day of January, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE